# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 17, 2007

Charles R. Fulbruge III
Clerk

No. 06-11278

SANDY HERRIN, Individually and as Executrix of the Estate of Richard Lee McAtee,

Plaintiff-Appellee,

v.

PAUL TAYLOR, SERGEANT; JAMES BLANFORD; RICHARD WILLIAMS,

Defendants-Appellants.

Appeal from the United States District Court
for the Northern District of Texas,
Wichita Falls Division.
USDC No. 7:03-cv-259

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:*

For reasons explained by the United States Supreme Court in Johnson v. Jones, 515 U.S. 304, 319-20 (1995), we dismiss this appeal for lack of appellate jurisdiction.

DISMISSED.

---

* Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.